UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE: ) CASE NO. 11-53595 JPS
)
BOBBIE D. DAVIDSON )
XXX-XX-6733 )
TRONNIE DAVIDSON )
XXX-XX-1236 )
130 KNIGHT CIRCLE NE )
MILLEDGEVILLE, GA  31061 )
)
DEBTORS ) CHAPTER 13

## NOTICE TO MODIFY PLAN BEFORE CONFIRMATION

BOBBIE D. DAVIDSON and TRONNIE DAVIDSON  HAVE FILED PAPERS TO MODIFY THEIR  PROPOSED CHAPTER 13 PLAN. THE DEBTORS PROPOUND THIS NOTICE PURSUANT TO FRBP 3015 AND M.D. GA. LBR 2002.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

IF YOU DO NOT WANT THE COURT TO CONFIRM THE DEBTORS' PROPOSED PLAN OR YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE PROPOSED PLAN, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION SEVEN DAYS PRIOR TO THE CONFIRMATION HEARING.  THE CONFIRMATION HEARING IS SCHEDULED FOR **MARCH 8, 2012** AT 1:30 PM IN COURTROOM A OF THE UNITED STATES BANKRUPTCY COURT 433 CHERRY STREET, MACON, GEORGIA, 31201.

IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

This 24TH day of JANUARY, 2012.

/s/ ROBERT M. MATSON

_____

Akin, Webster & Matson, P.C.
P.O. Box 1773
Macon, GA  31202
(478) 742-1889

ROBERT M. MATSON
Attorney for Debtor
State Bar No.  477102

U.S. Bankruptcy Court
P.O. Box 1957
Macon, GA  31202, (478) 752-3506

## CERTIFICATE OF SERVICE

This certifies that I have this day served a copy of the MOTION AND NOTICE TO MODIFY PLAN BEFORE CONFIRMATION and upon the Chapter 13 Trustee by electronic notice and all interested parties listed on the attached matrix of the Court, by depositing it in the US Mail in a properly addressed envelope with adequate postage attached.

This 24TH day of JANUARY, 2012.

/s/ ROBERT M. MATSON

Akin, Webster & Matson, P.C. ROBERT M. MATSON
P.O. Box 1773 Attorney for Debtors
Macon, GA 31202 State Bar No. 477102
(478) 742-1889

UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                    )          CASE NO. 11-53595 JPS
                                          )
BOBBIE D. DAVIDSON                        )
XXX-XX-6733                               )
TRONNIE DAVIDSON                          )
XXX-XX-1236                               )
130 KNIGHT CIRCLE NE                      )
MILLEDGEVILLE, GA  31061                  )
                                          )
        DEBTORS                           )          CHAPTER 13

## MOTION TO MODIFY PLAN BEFORE CONFIRMATION

Bobbie D. Davidson and Tronnie Davidson, Debtors in the above styled case, file

this Motion to Modify Plan Before Confirmation pursuant to 11 U.S.C. § 1323 and show

the Court the following:

1.

The Debtors filed a chapter 13 petition pursuant to Title 11 of the United States

Code on or about November 9, 2011.  The plan has not been confirmed.

2.

The Debtors wish to make the following modifications to the plan.  Section (l)

will contain the following language, "Debtors will pay the claims of Citimortgage and

Georgia Department of Revenue, and Richard Davison will pay the claim of GE Money

Bank/Sea Doo"  Section (m) will contain the following language, "The Debtors consent

to the Internal Revenue Service filing a proof of claim for the Debtors' 1040 taxes for the

12/31/2011 tax period.

Wherefore, the Debtors respectfully request that the Court enter an order

confirming the plan with the above referenced modifications to the plan.

This 24th day of January, 2012.

/S/ Robert M. Matson

Akin, Webster & Matson, P.C.           Robert M. Matson
P.O. Box 1773                          Attorney for Debtors
Macon, GA  31202                       State Bar No. 477102
(478) 742-1889

Label Matrix for l°Case 11-53595    Doc 17₅  Filed 01/24/12    Entered 01/24/12 11:42:50ge, Desc Main
1130-5                                    433 Cha Document    Page 5 of 6      P.O. Box 688971
Case 11-53595                             P.O. Box 1957                         Des Moines, IA 50368-8971
Middle District of Georgia                Macon, GA 31202-1957
Macon
Tue Jan 24 11:25:52 EST 2012

(p)BB AND T                               BB&T Bankruptcy                       Bank Of America
PO BOX 1847                               PO Box 1847 Wilson NC 27894           P.O. Box 15026
WILSON NC 27894-1847                                                            Wilmington, DE 19850-5026


Belk                                      Bill Me Later                         Bill Me Later c/o Scott Livingston
GE Money Bank-Bankruptcy Dept             PO Box 2394                           101 Schilling Road, Suite 40
PO Box 103104                             Omaha, NE 68103-2394                  Hunt Valley, MD 21031-1104
Roswell, GA 30076-9104


Capital One                               Capital One, N.A.                     Chase Bank
PO Box 85167                              c/o Creditors Bankruptcy Service      PO Box 15298
Richmond, VA 23285-5167                   P.O. Box 740933                       Wilmington, DE 19850-5298
                                          Dallas, TX 75374-0933


Chase Bank USA, N.A.                       Citgo                                 CitiMortgage Inc
PO Box 15145                              Citibank                              P.O. Box 183040
Wilmington, DE 19850-5145                 PO Box 6497                           Columbus, OH 43218-3040
                                          Sioux Falls, SD 57117-6497


Citicards                                 Exxon Mobil                           FIA CARD SERVICES, N.A.
P.O. Box 6500                             Cibitbank                             PO Box 15102
Sioux Falls, SD 57117-6500                P.O. Box 6404                         Wilmington, DE 19886-5102
                                          Sioux Falls, SD 57117-6404


GE Capital                                GE Money Bank                         GE Money Bank
Bombardier                                JC Penney                             Lowes
PO Box 965036                             PO Box 103106                         PO Box 103106
Orlando, FL 32896-5036                    Roswell, GA 30076-9106                Roswell, GA 30076-9106


GE Money Bank                             HSBC Card Services                    Home Depot Credit Services
Walmart                                   PO Box 81622                          Citi
PO Box 103106                             Salinas, CA 93912-1622                P O Box 689100
Roswell, GA 30076-9106                                                          Des Moines, IA 50368-9100


Home Shopping Network                     Internal Revenue Service              Kohls
WFCB                                      P.O. Box 7346                         Capital One
PO Box 182120                             Philadelphia, PA 19101-7346           PO Box 3115
Columbus, OH 43218-2120                                                         Milwaukee, WI 53201-3115


OAK HARBOR CAPITAL III, LLC               One Main Financial                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC
C O WEINSTEIN AND RILEY, PS               300 Saint Paul Pl                     PO BOX 41067
2001 WESTERN AVENUE, STE 400              Baltimore, MD 21202-2120              NORFOLK VA 23541-1067
SEATTLE, WA 98121-3132

Richard Davidson
119 Breezy Hill Road
Milledgeville, GA 31061-7941

PO Box
Gracewood, GA 30812-0015

Community Federal Credit Union
PO Box 30495
Tampa, FL 33630-3495

Sears
Citibank
PO Box 6241
Sioux Falls, SD 57117-6241

Shell
Citibank
PO Box 6497
Sioux Falls, SD 57117-6497

State Farm Financial Services
3 State Farm Plaza N-3
Bloomington, IN 61791-0002

U.S. Trustee - MAC 13
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

Wells Fargo
PO Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank NA
4137 121st Street
Urbandale IA 50323-2310

Bobbie D. Davidson
130 Knight Circle NE
Milledgeville, GA 31061-9085

Danny L. Akin
Akin, Webster and Matson, PC
544 Mulberry Street, Ste 400
P.O. Box 1773
Macon, GA 31202-1773

Robert M. Matson
Akin, Webster and Matson, PC
P.O. Box 1773
Macon, GA 31202-1773

Tronnie Davidson
130 Knight Circle NE
Milledgeville, GA 31061-9085

Trustee Camille Hope
P.O. Box 954
Macon, GA 31202-0954

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
PO Box 1847
Wilson, NC 27894

Portfolio Recovery Associates, LLC
c/o Jc Penney
PO Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Wal-mart
PO Box 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    43
Bypassed recipients     0
Total                  43